Abraham J. Colman (SBN 146933)
Stacey H. Wang (SBN 245195)
Kathryn J. Richards (SBN 346956)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:  abe.colman@hklaw.com
Email:   stacey.wang@hklaw.com
E-mail:  kathryn.richards@hklaw.com

Attorneys for Defendant
LG Electronics U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ABREGO and VIRGINIA SHAMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | Case No.: 2:25-cv-01378-DJC-DMC<br>Honorable Daniel J. Calabretta<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:   May 14, 2025<br>Trial Date:             Not Set Yet |

## NOTICE OF SETTLEMENT

Defendant LG Electronics U.S.A., Inc. ("Defendant") and Plaintiffs Peter Abrego and Virginia Shamel (collectively, "Plaintiffs") hereby notify the Court that Plaintiffs and Defendant have reached an agreement to resolve this case as to Plaintiffs' claims against Defendant. The parties anticipate that the settlement will be finalized within sixty (60) days. Plaintiffs will file a notice of dismissal pursuant to Fed. R. Civ. P. 41 once the settlement is finalized.

Dated: July 8, 2025     HOLLAND & KNIGHT LLP

By: /s/Kathryn J. Richards
     Kathryn J. Richards

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

Dated: July 8, 2025     KAZEROUNI LAW GROUP, APC

By: /s/Ryan McBride (as authorized on 07/08/2025)
     Ryan McBride

*Attorneys for Plaintiffs*