Abraham J. Colman (SBN 146933)
Stacey H. Wang (SBN 245195)
Kathryn J. Richards (SBN 346956)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:  abe.colman@hklaw.com
E-mail:  stacey.wang@hklaw.com
E-mail:  kathryn.richards@hklaw.com

Attorneys for Defendant
LG Electronics U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ABREGO and VIRGINIA SHAMEL, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>          Defendant. | Case No.:  2:25-cv-01378-DJC-DMC<br>Honorable Daniel J. Calabretta<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160; ORDER**<br><br>Complaint Filed:   May 14, 2025<br>Trial Date:            Not Set Yet |

///

///

///

///

///

///

///

///

///

///

///

Plaintiffs Peter Abrego and Virginia Shamel ("Plaintiffs") and Defendant LG Electronics U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate and request this Court enter an order extending the Parties' deadline to file dispositional documents pursuant to Local Rule 160 by <u>30 days</u> to <u>October 8, 2025</u>.

**WHEREAS**, on May 14, 2025, Plaintiff filed the Complaint in this matter (ECF No. 1);

**WHEREAS**, on July 8, 2025, the Parties filed a Notice of Settlement (ECF No. 8) advising the Court that the Parties had reached an agreement to resolve this case as to Plaintiffs' claims against Defendant, and further that the parties anticipated that the settlement will be finalized within sixty (60) days by <u>September 8, 2025</u>;

**WHEREAS**, on July 8, 2025, this Court issued an Order requesting that the Parties file dispositional documents within sixty (60) days in accordance with the provisions of Local Rule 160 (ECF No. 9);

**WHEREAS**, the Parties have been working diligently to finalize the Settlement Agreement, but require additional time to finalize and execute the Agreement and comply with certain terms of the Parties' Settlement prior to dismissing the Action;

**WHEREAS**, the Parties respectfully submit that an additional <u>30 days</u> will allow the Parties sufficient time to finalize the Settlement;

**WHEREAS**, good cause exists to grant this Stipulation as it will allow the Parties sufficient time to finalize the Settlement Agreement and comply with all outstanding terms of the Settlement;

**WHEREAS**, no other extensions of time have been sought regarding this deadline; and

**WHEREAS**, no other deadlines will be affected by this extension.

**NOW, THEREFORE**, the undersigned Parties respectfully request that this Court enter an Order extending the time for the Parties to file a joint stipulation for dismissal of this action pursuant to Fed. R. Civ. P. 41 and Local Rule 160 by thirty (30) days to **October 8, 2025**. Pursuant to Local Rule 143(b), a Proposed Order is submitted as part of this Stipulation.

///

///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 8, 2025                HOLLAND & KNIGHT LLP

By: _____
        Kathryn J. Richards

Attorneys *for Defendant L.G. Electronics U.S.A., Inc.*

Dated: Septepmber 8, 2025              KAZEROUNI LAW GROUP, APC

By:  *s/Ryan McBride (as authorized on 09/08/2025)*
                Ryan McBride

Attorneys *for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated: September 8, 2025              /s/ Daniel J. Calabretta
                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE