Abraham J. Colman (SBN 146933)
Stacey H. Wang (SBN 245195)
Kathryn J. Richards (SBN 346956)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:   abe.colman@hklaw.com
E-mail:   stacey.wang@hklaw.com
E-mail:   kathryn.richards@hklaw.com

Attorneys for Defendant
LG Electronics U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ABREGO and VIRGINIA SHAMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | Case No.:  2:25-cv-01378-DJC-DMC<br>Honorable Daniel J. Calabretta<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160; ORDER**<br><br>Complaint Filed:  May 14, 2025<br>Trial Date:           Not Set Yet |

///

///

///

///

///

///

///

///

///

///

///

Plaintiffs Peter Abrego and Virginia Shamel ("Plaintiffs") and Defendant LG Electronics U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate and request this Court enter an order extending the Parties' deadline to file dispositional documents pursuant to Local Rule 160 by 30 days to November 7, 2025.

**WHEREAS**, on May 14, 2025, Plaintiff filed the Complaint in this matter (ECF No. 1);

**WHEREAS**, on July 8, 2025, the Parties filed a Notice of Settlement (ECF No. 8) advising the Court that the Parties had reached an agreement to resolve this case as to Plaintiffs' claims against Defendant, and further that the parties anticipated that the settlement will be finalized within sixty (60) days by September 8, 2025;

**WHEREAS**, on July 8, 2025, this Court issued an Order requesting that the Parties file dispositional documents within sixty (60) days in accordance with the provisions of Local Rule 160 (ECF No. 9);

**WHEREAS**, on September 9, 2025, this Court issued an Order granting the Parties' first stipulation for an extension of time to October 8, 2025 to finalize the settlement and file the dispositional documents (ECF No. 11);

**WHEREAS**, the Parties have continued to work diligently and in good faith to finalize the Settlement Agreement, but require additional time to comply with certain terms of the Parties' Settlement prior to dismissing the Action;

**WHEREAS**, the Parties respectfully submit that an additional 30 days will allow the Parties sufficient time to finalize the Settlement, all outstanding terms, and file dispositional documents as required by Local Rule 160;

**WHEREAS**, good cause exists to grant this Stipulation as it will allow the Parties sufficient time to finalize the Settlement Agreement and comply with all outstanding terms of the Settlement; and

**WHEREAS**, no other deadlines will be affected by this extension.

**NOW, THEREFORE**, the undersigned Parties respectfully request that this Court enter an Order extending the time for the Parties to file a joint stipulation for dismissal of this action

pursuant to Fed. R. Civ. P. 41 and Local Rule 160 by thirty (30) days to **November 7, 2025**. Pursuant to Local Rule 143(b), a Proposed Order is submitted as part of this Stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: October 8, 2025          HOLLAND & KNIGHT LLP

By: _/s/ Kathryn J. Richards_____
        Kathryn J. Richards

Attorneys *for Defendant L.G. Electronics U.S.A., Inc.*

Dated: October 8, 2025

By:   _/s/Ryan McBride (as authorized on 10/8/25)_
        Ryan McBride

Attorneys *for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated: October 9, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE