**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER ABREGO and VIRGINIA SHAMEL, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>             Defendant. | **Case No.:** 2:25-cv-01378-DJC-DMC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Upon consideration of the Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause thereof,

IT IS HEREBY ORDERED that:

1. Plaintiff Peter Abrego and Plaintiff Virginia Shamel's individual claims against Defendant LG Electronics U.S.A., Inc. are dismissed WITH PREJUDICE; and

2. The putative class claims are dismissed WITHOUT PREJUDICE..

IT IS SO ORDERED.

Dated:  November 10, 2025        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE